CHILDS ET AL. *v.* GOETCHEUS, TRUSTEE, ET AL.

[No. 9,747. Filed April 25, 1919.]

From Delaware Superior Court; *Harry H. Orr*, Special Judge.

Action between James Roy Goetcheus, trustee, and others, and Laura B. Childs and another. From the judgment rendered, the latter appeal. *Affirmed.*

*Timothy S. Owen*, for appellants.
*McClellan, Hensel & Guthrie*, for appellees.

PER CURIAM.—Judgment affirmed.